# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# BEAUMONT DIVISION

| | | |
|---|---|---|
| LORIE MCCALLUM SMITH, | § | |
| *Plaintiff*, | § § § | |
| v. | § | CIVIL ACTION NO. 1:22-CV-486 MJT |
| | § § | |
| MARTIN O'MALLEY, COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | § § § § | |
| *Defendant*. | | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Plaintiff requests judicial review of a final decision of the Commissioner of Social Security Administration with respect to her application for disability-based benefits. The court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, for consideration pursuant to applicable laws and orders of this court. The court received and considered the Report of the United States Magistrate Judge pursuant to such order, along with the record and pleadings. No objections to the Report of the United States Magistrate Judge were filed by the parties.

The court finds that the findings of fact and conclusions of law of the United States Magistrate Judge are correct and the Report of the United States Magistrate Judge (Doc. #19) is ADOPTED. A Final Judgment will be entered separately.

**SIGNED this 18th day of March, 2024.**

Michael J. Truncale
United States District Judge