# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# BEAUMONT DIVISION

| | | |
|---|---|---|
| LORIE MCCALLUM SMITH, | § | |
| *Plaintiff*, | § § § | CIVIL ACTION NO.  1:22-CV-486 |
| v. | § § § | |
| COMMISSIONER OF SOCIAL SECURITY, | § § | JUDGE MICHAEL TRUNCALE |
| *Defendant.* | § § § | |

## ORDER

Pending is the Plaintiff, Lorie McCallum Smith's, *Unopposed Motion for Attorney's Fees* (Doc. No. 22).  Magistrate Judge Zack Hawthorn issued a report recommending that the request be granted.  (Doc. No. 23.)  Neither party filed objections to the magistrate judge's report.  It is therefore

**ORDERED** that the Report and Recommendation of the magistrate judge is **ADOPTED** and Plaintiff's motion (Doc. No. 22) is **GRANTED**.  It is further

**ORDERED** that the Commissioner of Social Security pay Lorie McCallum Smith, in care of her attorney, Jennifer Dunn, an attorney fee in the amount of $6,235.00. Payment should be mailed to: Lorie McCallum Smith, in care of her attorney, Jennifer Dunn, Dunn Law PLLC, 890 Winter Street, Ste 230, Waltham, MA, 02451.  This award is subject to any beneficial, contractual and/or assignment-based interests held by the Plaintiff's attorney.  If successful at the administrative level, Plaintiff is granted an extension of thirty days from receipt of the Notice of Award from the Social Security Administration to file a motion for attorney's fees under 42 U.S.C. § 406(b).

**SIGNED this 5th day of June, 2024.**

Michael J. Truncale
United States District Judge